1
2
3
4

UNITED STATES DISTRICT COURT

5

EASTERN DISTRICT OF WASHINGTON

6   UNITED STATES OF AMERICA,

7                              Plaintiff,          No.    2:17-CR-0107-WFN

         -vs-
8                                                  ORDER DISMISSING INDICTMENT
    EDSON MARCOS RAMIREZ (1)
9   MIREYA HERNANDEZ (2)
    EDWARD WAYNE FEDELE (3)
10  TREVOR EDWARD FEDELE (4)
    OLTON LEON GAINES (5)
11  JOEL LYMAN (6),

12                             Defendants.

13

14        An expedited first pretrial conference and motion hearing was held July 26, 2017, in

15  2:17-CR-0101-WFN.  The Defendants were present and represented by counsel; Assistant

16  United States Attorney Scott Jones represented the Government.  The Government moved

17  to dismiss this Indictment.  The Court has reviewed the file and is fully informed.  This

18  Order is entered to memorialize and supplement the oral rulings of the Court.

19  Accordingly,

20        **IT IS ORDERED** that for good cause shown, the Indictment is **DISMISSED**

21  **without prejudice.**

22        The District Court Executive is directed to file this Order and provide copies to

23  counsel.

24        **DATED** this 26th day of July, 2017.

25

26                              s/ Wm. Fremming Nielsen

27                              WM. FREMMING NIELSEN
    07-26-17                    SENIOR UNITED STATES DISTRICT JUDGE
28

ORDER